AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**

NOV 0 7 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | | |
|---|---|---|
| United States of America<br>v.<br>SPENCER GLENN PRICE | ) )<br>) )<br>) )<br>) )<br>) ) | Case No: CR 12-72-GF-SEH-01<br>USM No: 12101-046 |
| Date of Original Judgment: 03/18/2013<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | | Pro Se<br>*Defendant's Attorney* |

# ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The Court has reviewed the Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2) as a Result of Amendment 782 to the U.S.S.G. filed on October 16, 2017, (Doc. 39) as directed by Paragraph 8 of Standing Order DLC-21A and has determined the Defendant is clearly ineligible for reduction of sentence as he is classified as a career offender.

Except as otherwise provided, all provisions of the judgment dated ___03/18/2013___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/07/2017

*/s/ Sam E. Haddon*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Sam E. Haddon, United States District Judge
*Printed name and title*